```
                                                                FILED
                                                         U.S. DISTRICT COURT
                                                         DISTRICT OF MARYLAND
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND                    2002 JUL -9  P 4: 39

| | | |
|---|---|---|
| FEMI WILLIAMS, | 2002 JUL 10 A 9: 36 | |
| Plaintiff, | * | |
| v. | * AT BALTIMORE | Civil Action No. AMD 02-361 |
| | _____ DEPUTY | |
| YOUTH SERVICES INTERNATIONAL, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule 41(a), the parties hereto agree to jointly stipulate to the dismissal of this action with prejudice. Each party shall bear its own costs and fees.

CONSENTED AND AGREED TO:

| | |
|---|---|
| *Stephen B. Lebau* /eph w/permission | *Elena D. Marcuss* |
| Stephen B. Lebau | Douglas M. Topolski |
| Lebau & Neuworth, L.L.C. | Elena D. Marcuss |
| 606 Baltimore Avenue – Suite 201 | McGuireWoods LLP |
| Baltimore, Maryland 21204 | 7 Saint Paul Street, Suite 1000 |
| (410) 296-3030 | Baltimore, Maryland 21202 |
| | (410) 659-4400 |
| Attorney for Plaintiff | |
| Femi Williams | Attorneys for Defendant |
| | Youth Services International, Inc. |

7/9/2002
APPROVED
*/s/ Alita*

LAB\#336580